# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **MCS MUSIC AMERICA, INC.,** *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:09-cv-00597 |
| | ) | Campbell/Griffin |
| v. | ) | |
| | ) | **JURY DEMAND** |
| **YAHOO! INC., a Delaware corporation,** *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

COME NOW the Plaintiffs, by and through counsel, and respectfully requests this Court deny Defendants' Motion for Judgment on the Pleadings, and in support thereof, rely upon the Memorandum In Support of Plaintiff's Response In Opposition to Defendants' Motion for Judgment on the Pleadings and all attachments thereto filed contemporaneously herewith.

    Respectfully submitted,

    s/ Stephen E. Grauberger
    Stephen E. Grauberger (BPR#23652)
    Derrick H. Green (BPR#25412)
    Grauberger, Pierce & Greene, PLLC
    2323 N. Mt. Juliet Road
    Mt. Juliet, TN 37122
    grauberger@gpglaw.com
    derrickgreen@gpglaw.com

    Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to:

> Timothy L. Warnock (BPR #12844)
> Katharine R. Cloud (BPR #19336)
> Riley Warnock & Jacobson, PLC
> 1906 West End Avenue
> Nashville, Tennessee 37203
> twarnock@rwjplc.com
> kcloud@rwjplc.com
>
> Ian C. Ballon
> Wendy M. Mantell
> Greenberg Traurig, LLP
> 2450 Colorado Avenue, Suite 400E
> Santa Monica, CA 90404
> ballon@gtlaw.com
> mantellw@gtlaw.com
>
> Attorneys for Defendants Yahoo! Inc. and Microsoft Corporation

AND

> Jay S. Bowen
> Bowen & Unger, PLC
> 47 Music Square East
> Nashville, TN 37203
> jbowen@bowenungerlaw.com
>
> Cynthia S. Arato
> Macht, Shapiro, Arato & Isserless LLP
> The Grace Building
> 1114 Avenue of the Americas, 45th Floor
> New York, NY 10036
> carato@machtshapiro.com
>
> Attorneys for Defendant Real Networks, Inc.

This the 19th day of October, 2009.

/s/ Stephen E. Grauberger
Stephen E. Grauberger