IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| MCS MUSIC AMERICA, INC., et al. | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v . | ) | NO. 3:09-cv-00597 |
| | ) | JUDGE CAMPBELL |
| YAHOO! INC., a Delaware | ) | |
| corporation, et al. | ) | |
|     Defendants. | ) | |

## ORDER

Pending before the Court is Defendants' Motion For Judgment on the Pleadings (Docket No. 48). The Court heard oral argument on January 13, 2010. For the reasons stated in the accompanying memorandum, Defendant's Motion is GRANTED.

IT IS SO ORDERED.

                                              _____
                                              TODD J. CAMPBELL
                                              UNITED STATES DISTRICT JUDGE