IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MCS MUSIC AMERICA, INC.;[1] CONEXION MEDIA GROUP, PLC d/b/a Su-Ma Publishing Company; MARK FARNER d/b/a Cram Renraff Company; CHARLIE BLACK d/b/a Songs in Black Ink; R GANT MUSIC GROUP, INCORPORATED d/b/a Hello Darlin' Music; CHARLES LLOYD, individually and d/b/a Forest Farm Music; DARIUS BROOKS d/b/a From D's Pen; HAPPY SACK MUSIC, LTD. d/b/a Visa Music; JOE HILL MUSIC, LLC d/b/a/ Joe Hill Music; LAURENCE WEISS d/b/a Rhinestone Cowboy Music Co.; JOHN MCCUTCHEON, individually and d/b/a Appalsongs and Appleseed Productions; DYYOR, INC. d/b/a Seven Centers Publishing; and DAVID HOFFNER d/b/a Fields of Autumn Publishing<br><br>v.<br><br>YAHOO!, INC.; REALNETWORKS, INC.;[2] and MICROSOFT CORPORATION | No. 3-09-0597 |

O R D E R

On April 6, 2010, the plaintiffs filed a motion for summary judgment on the issue of liability (Docket Entry No. 94).

The defendants shall have until May 7, 2010, to file a response to the plaintiffs' motion. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by May 21, 2010, if the response is filed on May 7, 2010.

---

[1] By order entered November 24, 2009 (Docket Entry No. 73), the defendants' motion to dismiss all claims brought by plaintiff MCS was granted, and by order entered December 9, 2009 (Docket Entry No. 74), MCS Music America, Inc. was terminated as a plaintiff.

[2] By stipulation filed on November 20, 2009 (Docket Entry No. 69), and order entered December 10, 2009 (Docket Entry No. 74), the plaintiffs' claims against defendant RealNetworks, Inc. were dismissed and it was terminated as a defendant in this action.

No other filings in support of or in opposition to the plaintiffs' pending motion for summary judgment shall be made except with the express permission of the Honorable Todd J. Campbell, Chief Judge.

There shall be no stay of discovery before the September 1, 2010, deadline for completion of fact and expert discovery.

The Court notes that, in accord with the order entered June 29, 2009 (Docket Entry No. 10), and as reiterated in the order entered October 13, 2009 (Docket Entry No. 58), no party shall file more than one Rule 12 motion to dismiss or more than one Rule 56 motion for summary judgment except upon order of Chief Judge Campbell.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

2

Case 3:09-cv-00597   Document 118   Filed 04/13/10   Page 2 of 2 PageID #: 3418