UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

MCS Music America, Inc., et al.　　　　）
　　　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）　Case No.: 3:09cv597
v.　　　　　　　　　　　　　　　　　　）　Judge Campbell
　　　　　　　　　　　　　　　　　　）
Yahoo!, Inc., et al.　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）

### ENTRY OF JUDGMENT

　　　Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on October 15, 2010.


　　　　　　　　　　　　　　　　　　KEITH THROCKMORTON, CLERK
　　　　　　　　　　　　　　　　　　s/ Robbie Dail, Deputy Clerk